IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02924-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:              January 28, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                              *Counsel:*

ANTHONY PECK,                                             Matthew R. Osborne

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,          Rana Nader
INC., *et al.*,                                                             Brian J. Olson
                                                                                  Dean E. Richardson

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:       10:47 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Plaintiff's **Motion to Amend Complaint** [Doc. No. 18].

The court addresses counsel regarding Plaintiff's reference in the *Motion* that Defendants have not taken a position.  Defense counsel advise the court that they have no objection.

**ORDERED:**         *Motion to Amend Complaint* [Doc. No. 18, filed 1/14/2014] is **GRANTED**.
                                Plaintiff's First Amended Complaint is accepted for filing as of today's date.

The court addresses counsel regarding the purpose of the meet and confer process and directs the parties to work together cooperatively in the future.

HEARING CONCLUDED.
**Court in recess**:        **10:51 a.m.**
Total time in court:    00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.