IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02924-PAB-CBS

ANTHONY PECK,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
DTE ENERGY COMPANY,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT DTE ENERGY COMPANY**
_____

    This matter comes before the Court on the Stipulated Motion to Dismiss DTE Energy Company [Docket No. 31].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion to Dismiss DTE Energy Company [Docket No. 31] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant DTE Energy Company are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED April 10, 2014.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge