IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02924-PAB-CBS

ANTHONY PECK,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Stipulated Motion to Dismiss With Prejudice [Docket No. 50]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 50] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 31, 2014.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge